IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ZACHARY JAMES LOZIER,<br><br>Defendant. | CR-15-67-BLG-SPW-CSO<br><br><br>**FINDINGS AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE** |

The Defendant, by consent, appeared before me under Fed. R.

Crim. P. 11 and entered a plea of guilty to Count I of the Indictment,

which charges the crime of illegal receipt of a firearm while under

indictment, in violation of 18 U.S.C. Section 922(n).

After examining the Defendant under oath, the Court determined:

1.  That the Defendant is fully competent and capable of

entering an informed and voluntary plea to the criminal offense

charged against him;

2.  That the Defendant is aware of the nature of the charge

against him and the consequences of pleading guilty to the

charge;

3.  That the Defendant fully understands his pertinent

constitutional rights and the extent to which he is waiving those

rights by pleading guilty to the criminal offense charged against

him; and

4. That his plea of guilty to the criminal offense charged

against him is knowingly and voluntarily entered, and is

supported by independent factual grounds sufficient to prove each

of the essential elements of the offense charged.

The Court further concludes that the Defendant had adequate

time to review the Plea Agreement with counsel, that Defendant fully

understands each and every provision of the agreement and that all of

the statements in the Plea Agreement are true.

Therefore, I recommend that the Defendant be adjudged guilty of

the charges in the Indictment and that sentence be imposed.

Objections to these Findings and Recommendation are waived

unless filed and served within fourteen (14) days after the filing of the

Findings and Recommendation. 28 U.S.C. § 636(b)(1)(B); Fed. R. Crim.

P 59(b)(2).

DATED this 12th Day of September, 2016.

/s/ Carolyn S. Ostby
United States Magistrate Judge