

FILED

OCT - 6 2021

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ZACHARY JAMES LOZIER,<br><br>Defendant. | CR 15-67-BLG-SPW-1<br><br><br>ORDER |

For the reasons stated on the record, ZACHARY JAMES LOZIER is hereby released from the custody of the U.S. Marshals Service.

DATED this 6th day of October, 2021.

*Susan P. Watters*
SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1